1  IAN M. SAMMIS (CA State Bar No. 45883)
2  1108 Tamalpais Avenue, #1
   San Rafael, CA 94901
3  Telephone: (415) 457-4200
4  Facsimile:  (415) 454-5294

5  Attorney for Plaintiff
   Ryan Handley
6

7                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO DIVISION

9  MAX HANDLEY, FOR              )
10 RYAN HANDLEY,                  )   Case No. C 03-0369  SC
                                  )
11     Plaintiff,                 )   STIPULATION AND [Proposed]
                                  )   ORDER REGARDING
12                                )   MOTION FOR ADMINISTRATIVE
   v.                             )   RELIEF
13                                )
14 JO ANNE B. BARNHART,           )
   Commissioner of Social Security,)  **Hon. Samuel Conti**
15                                )   **United States District Senior Judge**
                                  )
16     Defendant.                 )

17
         IT IS HEREBY STIPULATED among the parties, who respectfully
18
   request, in compliance with Local Rules 3-12 and 7-11, that the Court accept Mr.
19
   Handley's Administrative Motion to Consider whether his case is related to the
20
   prior Handley action and stipulate as follows:
21
         The parties stipulate and respectfully request that assignment, of **Handley v.**
22
   **Barnhart**, No. C-05-04683 CRB, to District Senior Judge Conti, who presided
23
24 over the **Handley v. Barnhart**, No. C-03-0369 SC (N.D.Cal. 12/21/2004)
25 previously-filed action, will conserve judicial resources and promote an efficient
26 determination of the law of the case where Judge Conti granted the voluntary
27 stipulation of the parties to the law of the case found in **Handley v. Barnhart**, No.
28 C-03-0369 SC (N.D.Cal. 12/21/2004).

---

Stipulation and Proposed Order        Page 1 of 2        Case No. C 03-0369 SC

1
2
3            IT IS SO STIPULATED:
4  Dated: March 13, 2006                    signed /IAN M. SAMMIS/
5
6                                           _____
                                            Ian M. Sammis
7                                           Attorney for Ryan Handley

8  Dated:  March 14, 2006
9                                           KEVIN  V. RYAN
                                            UNITED STATES ATTORNEY
10
                                            Signed /Sara Winslow/
11                                          By_____
                                            Sara Winslow
12                                          Assistant United States Attorney
13
14                          **ORDER**
15         The parties having stipulated as set forth above,
16
17         **IT IS SO ORDERED.**
18
19  Dated:  March    __20__, 2006
20                                          SAM
                                            UNI                        JUDGE
21

*IT IS SO ORDERED*
*Judge Samuel Conti*
(United States District Court, Northern District of California seal)

---

Stipulation and Proposed Order         Page 2 of 2         Case No. C 03-0369 SC