IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN HANDLEY,<br><br>       Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>       Defendant.<br>_____ | CIVIL No.: C-05-04683 SC<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Handley may have an extension of 15 days in which to file his reply in opposition to defendant's cross-motion for summary judgment post on April 27, 2006.  Plaintiff's response is due on May 12, 2006 pursuant to Civil L.R. 16-5.

/

/

/

/

/

1  Dated: April 28, 2006

2

3  Signed /Ian M. Sammis/
   _____
4  IAN M. SAMMIS
   Attorney for Plaintiff
5

6

7

8  Dated:   May  1, 2006

9  ___Signed /Sara Winslow_____
   SARA WINSLOW
10 ASSISTANT U.S. Attorney
     And Attorney for the Commissioner
11

12
                    ORDER
13

14
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
15

16 Dated:       May 5    , 2006

17

18 _____
   SAMUEL CONTI
19 United States District Judge

20

21

22

23

24

25

26

27

28

HANDLEY, EXT.FILE REPLY IN OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT
C 05-04683 SC